| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | PTF | DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 5 | 81 | 5116 | 08 20 81 | 1 | 140 | 1 | | | | 2 | J 6905 M | 46103 | | 81 | 5116 |

PLAINTIFFS

UNITED States of America

DEFENDANTS

WHITESELL, Neil

## CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE.)

20:1070-1090   Federall Insured Student Loan Default

## ATTORNEYS

U.S. Attorney
400 South Phillips Avenue
Sioux Falls, SD   57102

FILING FEES PAID

STATISTICAL CARDS

CHECK

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Aug. 20 | 1 | CIVIL Cover Sheet |
| Aug. 20 | 2 | COMPLAINT |
| Aug. 20 | | Issuing SUMMONS fur. same & copy to U.S. Marshal, RC |
| Sept. 4 | 3 | SUMMONS Returned |
| Sept. 21 | 4 | ANSWER |
| 1982 | | |
| May 27 | 5 | INTERROGATORIES |
| May 27 | 6 | REQUEST for Admissions |
| July 6 | 7 | MOTION of Plff. to Compel Answers to Interrogatories |
| Muly 8 | 8 | ORDER that Dfdt. Answer Interrogatories within 15 days |
| July 8 | | Notice of entry & copy of Order mailed U.S. Atty., SF and mailed by Certified mail to Neil Whitesell, 108 E. College Rapid City, SD 57701 |
| July 9 | 9 | ANSWERS of Dfdt. to Plffs. Interrogatories |
| 1983 | | |
| May 2 | 10 | MOTION of Plff. for Summary Judgment |
| May 2 | 11 | MEMORANDUM in Support of Motion for Summary Judgment |
| May 5 | 12 | ORDER that Dfdt. Respond by 5-26-83 |
| May 5 | | Notice of entry & copy of Order mailed U.S. Atty., SF and mailed by certified mail to Neil Whitesell, 108 E. College Rapid City, SD 57701 |
| May 27 | 13 | MOTION for Summary Judgment of Dfdt. |
| May 27 | 14 | SUPPORTING AFFIDAVIT of Dfdt. |
| June 3 | 15 | REPLY Brief to Dfdt's Motion for Summary Judgment |
| June 3 | 16 | MEMORANDUM Opinion denying Dfdt's Motion for Summary Judgment & granting Plff's Motion for Summary Judgment |
| June 13 | 17 | LETTER to Judge Bogue from Samuel W. Crabb dated 6-10-83 re: proposed judgment |
| June 28 | 18 | ORDER granting Plff's. Motion for Summary Judgment, denying Dfdt's. Motion for Summary Judgment, & granting Judgment in favor of Plff. & against Dfdt. in amount of $1,560.41 + interest |
| June 28 | | Notice of Entry & copy of Judgment mailed R. P. Murley & mailed by cert. mail to Neil Whitesell, 108 E. College, RC, SD, 57701 |
| June 28 | | Correct copy entered 1983 WDOB, p. 117 |
| June 28 | | Enter Memo of Judgment in JLD |
| July 5 | 19 | SATISFACTION of Judgment |